CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

OCT 1 6 2018

JULIA C. DUDLEY, CLERK
BY: _____
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

**FRANK ERVIN ALTIZER, JR.,**　　　　　　　Civil Action No. 7:18-cv-00372
　　**Petitioner,**

　　　　　　　　　　　　　　　　　　　**ORDER**

**v.**

　　　　　　　　　　　　　　　**By:　Hon. Michael F. Urbanski**
**HAROLD CLARKE,**　　　　　　**Chief United States District Judge**
　　**Respondent.**

In accordance with the accompanying Memorandum Opinion entered this day, it is hereby

## ORDERED

that the petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 is **DISMISSED without prejudice**; a certificate of appealability is **DENIED**; and the action is **STRICKEN** from the active docket.

　　**ENTER:** This _15_ day of October, 2018.

　　　　　　　　　　　　　　　　/s/ Michael F. Urbanski
　　　　　　　　　　　　　　　Chief United States District Judge